1913.) In the matter of Benjamin Frindel, an attorney.

PER CURIAM. This proceeding is referred to Hon. William D. Dickey, official referee, to take testimony upon the question of obedience to the direction of this court suspending petitioner from practice, and report thereon, with his opinion. See, also, 139 N. Y. Supp. 1123.

GABEL, Respondent, v. HASTINGS HOMES CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 17, 1913.) Action by George Gabel against the Hastings Homes Company. No opinion. Motion denied.

GAINES v. CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. January 31, 1913.) Action by David H. Gaines against the City of New York. No opinion. Application granted. Order signed. See, also, 138 N. Y. Supp. 1116.

GAYETTY, Appellant, v. THOMPSON et al., Respondents. (Supreme Court, Appellate Division, First Department. January 3, 1913.) Action by Harry K. Gayetty against Ralph H. Thompson and others. S. C. Crane, of New York City, for appellant. A. G. N. Vermilya, of New York City, for respondents. No opinion. Judgment affirmed, with costs. Order filed.

GENESEE FRUIT CO., Respondent, v. EMPIRE STATE PICKLING CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 22, 1913.) Action by the Genesee Fruit Company against the Empire State Pickling Company.

PER CURIAM. Judgment and order affirmed, with costs.

FOOTE, J., not sitting.

GEORGE E. LOEFFLER LAND & IMPROVEMENT CO. v. ENGLAR. (Supreme Court, Appellate Division, First Department. January 31, 1913.) Action by the George E. Loeffler Land & Improvement Company against D. Roger Englar. No opinion. Application denied, with $10 costs. Order signed.

GERLACH–BARKLOW CO., Respondent, v. HALEY, Appellant. (Supreme Court, Appellate Division, Third Department. December 30, 1912.) Action by the Gerlach-Barklow Company against John W. Haley. No opinion. Judgment unanimously affirmed, with costs.

GIBSON, Appellant, v. BARNUM, Respondent. (Supreme Court, Appellate Division, Third Department. December 30, 1912.) Action by Malcolm Gibson against Lawrence Barnum. No opinion. Interlocutory judgment affirmed, with costs, with usual leave to plaintiff to withdraw demurrer and answer, upon payment of costs of demurrer and in this court. See, also, 134 App. Div. 989, 119 N. Y. Supp. 1126.

GILBRANDSEN, Appellant, v. LORD ELECTRIC CO., Respondent. (Supreme Court, Appellate Division, First Department. January 24, 1913.) Action by Michael A. Gilbrandsen against the Lord Electric Company. C. J. Earley, of New York City, for appellant. E. C. Sherwood, of New York City, for respondent.

PER CURIAM. Judgment affirmed, with costs. Order filed.

SCOTT, J., dissents.

GLEASON, Appellant, v. MERCHANTS' REFRIGERATING CO., Respondent. (Supreme Court, Appellate Division, First Department. January 24, 1913.) Action by Timothy Gleason against the Merchants' Refrigerating Company. J. B. Leavitt, of New York City, for appellant. F. G. Mann, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

GODLEY v. CRANDALL & GODLEY CO. et al. (Supreme Court, Appellate Division, First Department. January 31, 1913.) Action by Elizabeth McM. Godley against the Crandall & Godley Company and others.

PER CURIAM. Motion granted, upon defendant executors giving additional bond, and proceedings stayed until determination of appeal to Court of Appeals. Settle order on notice. See memorandum per curiam. See, also, 139 N. Y. Supp. 236.

GOLDBERG, Appellant, v. BEINLICH, Respondent. (Supreme Court, Appellate Division, First Department. February 7, 1913.) Action by Clara Goldberg against Paul Beinlich. J. A. Hilton, of New York City, for appellant. C. S. Petrasch, of New York City, for respondent. No opinion. Judgment affirmed, with costs, on 145 App. Div. 912, 130 N. Y. Supp. 1112. Order filed.

GOTTHELF v. KRULEWITCH. (Supreme Court, Appellate Division, First Department. January 17, 1913.) Action by Samuel Gotthelf against Julius Krulewitch. No opinion. Motion denied, with $10 costs. Order filed. See, also, 138 N. Y. Supp. 756.

GRAHAM, Appellant, v. GAMMACK, Respondent. (Supreme Court, Appellate Division, Fourth Department. January 22, 1913.) Action by William E. Graham, as administrator, etc., against John Gammack. No opinion. Judgment affirmed, with costs.

GRAVES, Respondent, v. VILLAGE OF NEW BERLIN, Appellant. (Supreme Court, Appellate Division, Third Department. De-